# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGED SALEH MOHAMMED SHAIBI,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No.  1:14-cv-00948-SAB<br><br>ORDER TO SHOW CAUSE WHY APPLICATION TO PROCEED <u>IN FORMA PAUERIS</u> SHOULD NOT BE DENIED<br><br>ECF NO. 2 |

On June 18, 2014, Plaintiff Maged Saleh Mohammed Shaibi ("Plaintiff") filed an application to proceed <u>in forma pauperis</u> without prepayment of the filing fee for this action. (ECF No. 2.)  However, the Court's review of Plaintiff's application revealed a number of unexplained discrepancies.  First, Plaintiff declined to respond to the portion of the application identifying the amount of public assistance Plaintiff receives.  Second, Plaintiff identified $1,180 in monthly expenses associated with "food," and this amount was inexplicable omitted from the total monthly expenses, which amounted to $1,120.00 per month not including Plaintiff's food expenses.  Third, Plaintiff identified $1,180 in food expenses and $1,120.00 in other monthly expenses, yet identified absolutely no source of income, be it from employment, gifts, retirement, public assistance, or other, that pays for such expenses.

Based upon the foregoing, it is HEREBY ORDERED that Plaintiff shall SHOW CAUSE why his application to proceed <u>in forma pauperis</u> should not be denied.  Plaintiff shall file a

1

1 written response to the Court's order to show cause **on or before July 11, 2014**.  Plaintiff is
2 forewarned that the failure to respond may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:  **June 19, 2014**

UNITED STATES MAGISTRATE JUDGE