# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGED SALEH MOHAMMED SHAIBI,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No.  1:14-cv-00948-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>ECF NO. 2, 5 |

On June 20, 2014, the Court issued an order to show cause why Plaintiff Maged Saleh Moahmmed Shaibi's ("Plaintiff") application to proceed in forma pauperis should not be denied. (ECF No. 3.) Plaintiff's original application contained a number of discrepancies identified in the Court's order to show cause.

Plaintiff filed a response to the order to show cause on July 8, 2014 and an amended application to proceed in forma pauperis. (ECF Nos. 4, 5.) Plaintiff's response and amended application explains the discrepancies in the original application. Moreover, Plaintiff has demonstrated entitlement to proceed without prepayment of fees.

Accordingly, it is HEREBY ORDERED that:

1. The Court's June 20, 2014 order to show cause is DISCHARGED;
2. Plaitniff's application to proceed in forma pauperis is GRANTED;
3. The Clerk of the Court is DIRECTED to issue a summons; and

4. The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant if requested by plaintiff.

IT IS SO ORDERED.

Dated: **July 9, 2014**

_____
UNITED STATES MAGISTRATE JUDGE

2