# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGED SALEH MOHAMMED SHAIBI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.  1:14-cv-00948-SAB<br><br>ORDER APPROVING STIPULATION<br><br>ECF NO. 17 |

On May 26, 2015, the parties in this action filed a stipulation to extend the time for Defendant to file an opposition to Plaintiff's opening brief.  (ECF No. 17.)  Good cause having been demonstrated, the Court approves the stipulation.

Accordingly, it is HEREBY ORDERED that Defendant's opposition brief shall be filed on or before June 25, 2015.  Plaintiff's reply, if any, shall be filed on or before July 10, 2015.

IT IS SO ORDERED.

Dated:   **May 27, 2015**

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1